# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JAMES RAY, | § | |
|             Plaintiff, | § | |
| v. | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WAKEFIELD & ASSOCIATES, LLC, | § § § § | Case No. 3:24-cv-01129-X |
|             Defendants. | § | |

## ORDER GRANTING MOTION TO STAY ACTION

This matter is before the Court on Defendants Trans Union LLC and Experian Information Solutions, Inc.'s Joint Motion to Stay Action Pending Ruling on their Joint Motion for Judgment on the Pleadings.

The Court has considered the motion, and it is: ORDERED AND ADJUDGED that the Motion is GRANTED. This case is hereby stayed pending a decision on Defendants Trans Union LLC and Experian Information Solutions Inc.'s Joint Motion for Judgment on the Pleadings.

DATED this ____ day of _____ 2024.

**HONORABLE BRANTLEY STARR**
UNITED STATES DISTRICT COURT JUDGE

7558099.1