## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JAMES RAY,<br><br>    Plaintiff,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC,<br><br>    Defendant. | Civil Action No: 3:24-cv-01129 |

## TRIAL EXHIBITS

| Exhibit No. | Exhibit Description | Witness | Admitted Date |
|---|---|---|---|
| P1 | Wakefield Policy and Procedure manual | Bayliff | 7.20.2026 |
| P2 | August 3, 2023, Debt Collection Letter | Ray | 7.20.2026 |
| P6 | James Ray Cigna Explanation of Benefits | Ray | 7.20.2026 |
| P14 | Cigna Letter - Appeal Decision | Ray | 7.20.2026 |
| P18 | Experian Credit Report | Ray | 7.20.2026 |
| P19 | Bank of America Denial Letter (EXP) | Ray | 7.20.2026 |
| P20 | Barclays Denial Letter (TU) | Ray | 7.20.2026 |
| P22 | Personal Note On Calls from Wakefield | Ray | 7.20.2026 |
| P24 | ACDV/e-oscar Correspondence and attached Documents (Sonnet) | Bayliff | 7.20.2026 |
| D1 | Invoice from Air Evac to Plaintiff (AIR EVAC 0001-0004) | Ray | 7.20.2026 |
| D2 | Defendant's account notes concerning Plaintiff (WAI 0001-0002) | Bayliff | 7.20.2026 |